Avery Brundage, Appellant, v. E. C. Proctor and Harvey Farrington. Harvey Farrington, Appellee.

Gen. No. 40,817.

Heard in second division, first district, at October term, 1939; opinion filed February 23, 1940. McNab, Holmes & Long, for appellant; Wallace B. Kemp, of counsel; Wm. E. McNamara, for appellee. Opinion by PRESIDING JUSTICE JOHN J. SULLIVAN. ''Not to be published in full.''